**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6717

ERIC WISE,

Plaintiff - Appellant,

v.

K. M. WHITE; PATRICIA STANSBERRY; ALVIN EVANS; ASSOCIATE
WARDEN WALTON; ASSOCIATE WARDEN ENGEL; KEVIN KIDDY; JAMES
CUFFEE; OFFICER FLEMMINGS; OFFICER PURDIE; UNKNOWN OFFICER
ONE; S.I.S. AGENT K. VAUGHAN,

Defendants - Appellees,

and

RECREATION SPECIALIST A. GRAVES; LIEUTENANT RICHARDSON;
LIEUTENANT LESLIE,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge. (2:09-cv-00351-RBS-TEM)

Submitted: August 2, 2012        Decided: August 22, 2012

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Wise, Appellant Pro Se.   Mark Anthony Exley, Assistant
United States Attorney, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Wise appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wise v. White</u>, No. 2:09-cv-00351-RBS-TEM (E.D. Va. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>